**Order filed June 22, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00713-CV

_____

## HENRY TOWNSEND AND GOLDIE SMITH, Appellants

## V.

## ATLAS 13 NORTHWEST MEDICAL, LP, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2016-35237**

## ORDER

After failing to file a brief by the May 5, 2021 deadline, Appellants were instructed that this appeal would be dismissed for want of jurisdiction unless they filed a brief on or before June 4, 2021. Although Appellants did not file a brief by that date, they moved for a short extension based on their attorney's erroneous calendar marking and the ostensible absence of several documents from a court record. Although Appellants noted they anticipated the brief would be completed by June 16th, no brief has been filed as of the date of this order.

Accordingly, Appellants' motion for a short extension to file their brief is granted for them to file a brief with this court on or before **June 28, 2021**. No further extensions will be granted. If Appellants do not file a brief on or before that date, this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.